CAROL NELKIN (admitted *pro hac vice*)
STUART M. NELKIN (admitted *pro hac vice*)
KENNETH M. KROCK (admitted *pro hac vice)*
NELKIN NELKIN & KROCK, P.C.
5417 Chaucer Drive
Houston, TX 77005
Telephone: (713) 526-4500
Facsimile: (281) 825-4161
Email: cnelkin@nnklawfirm.com
Email: snelkin@nnklawfirm.com
Email: kkrock@nnklawfirm.com

DAVID A. LOWE (SBN: 178811)
PATRICE L. GOLDMAN (SBN: 142855)
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
Email: dal@rezlaw.com
Email: plg@rezlaw.com

Attorneys for Plaintiff
MARIANNE GOOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIANNE GOOCH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHEVRON CORPORATION and DIANA BAUGHMAN<br><br>　　　　Defendants. | Case No. C09-03013 TEH<br><br>**REQUEST TO CANCEL SETTLEMENT CONFERENCE** |

The parties have agreed to a settlement and are in the process of finalizing the settlement documents. Counsel therefore requests that the settlement conference be cancelled and removed from the Court's calendar on Thursday, July 1, 2010.

DATED: June 29, 2009   RUDY, EXELROD, ZIEFF & LOWE, LLP

By: ____/s/ Patrice L. Goldman_____
    PATRICE L. GOLDMAN
    Attorneys for Plaintiffs

Carol Nelkin
Texas State Bar No. 14883500
Stuart M. Nelkin
Texas State Bar No. 14884000
NELKIN & NELKIN, P.C.
5417 Chaucer Drive
Houston, Texas 77005
(713) 526-4500 (Tel.)
(713) 526-8915 (Fax)



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA